# UNITED STATES DISTRICT COURT
## FOR THE
## ~~EASTERN DISTRICT OF PENNSYLVANIA~~ Delaware

STK
8/17/2018

Edward Thomas Kennedy
<br>*Plaintiff*

v.

Assurant, Inc.
<br>*Defendant*
<br>et. Al.

Civil Action No. 18 - 1270

### APPLICATION FOR PRISONERS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____

I am employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: _____

My gross pay or wages are: $ 1350, and my take-home pay or wages are: $ 1350*
per Month.
<br>*(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

   (a) Business, profession, or other self-employment   ☐ Yes ☒ No
   (b) Rent payments, interest, or dividends   ☐ Yes ☒ No
   (c) Pension, annuity, or life insurance payments   ☐ Yes ☒ No
   (d) Disability, or worker's compensation payments   ☐ Yes ☒ No
   (e) Gifts, or inheritances   ☐ Yes ☒ No
   (f) Any other sources   ☒ Yes ☐ No

$1350, Social Security retirement