## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY, :
: 
    Plaintiff, :
:
v. : Civ. No. 18-1270-RGA
:
WALMART, INC., et al., :
:
    Defendants. :

## ORDER

At Wilmington this 9 day of May, 2019;

IT IS ORDERED that:

1. The motion to compel service of process (D.I. 12) is **DISMISSED** without prejudice to renew.

2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Eastern District of Pennsylvania.

                                                    */s/ Richard G. Andrews*
                                                    UNITED STATES DISTRICT JUDGE